In re Walton, Donald Ray; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. A, No. 540,712; to the Court of Appeal, First Circuit, No. 2011 CW 0333.
Writ granted in part; otherwise denied. The East Baton Rouge Parish district attorney’s office is ordered to provide relator with an estimate of the costs of reproducing a copy of relator’s case file, if such a *272 file exists. La. Const, art. XII, § 3; R.S. 44:31; R.S. 44:31.1; State ex rel. Barbee v. State, 10-0275 (La.2/4/11), 57 So.3d 318; State ex rel. Leonard v. State, 96-1889 (La.6/13/97), 695 So.2d 1325; State ex rel. Level v. State, 99-2266 (La.12/17/99), 751 So.2d 869; Range v. Moreau, 96-1607 (La.9/3/96), 678 So.2d 537. If no such file exists, and in all other respects, the application is denied.
WEIMER and CLARK, JJ., would deny.